# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-69
LT Case Nos. 45-2018-CF-000373-AXXX
45-2018-CF-000815-AXXX

_____

KIMBERLY KESSLER A/K/A
JENNIFER MARIE SYBERT,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Jessica J. Yeary, Public Defender, and Kathleen Pafford,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton,
Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

     AFFIRMED.

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____